NEWTON I. WINSLOW *vs.* EUGENE H. DAKIN.

Penobscot County. Decided December 27, 1913. A majority of the Justices being unable to concur, in this case, the report is hereby discharged. *Mayo & Snare,* for plaintiff. *Matthew Laughlin,* for defendant.

---

HERBERT L. BLAIR, Admr.

*vs.*

LEWISTON, AUGUSTA & WATERVILLE STREE1 RY.

Kennebec County. Decided December 30, 1913. The only question involved is whether the verdict for the plaintiff is excessive. The court is of opinion that the evidence did not warrant a verdict for $2,234.66, and that $1200 is the limit beyond which it ought not to be allowed to stand. If the plaintiff within 30 days after the certificate is received remits all of the verdict in excess of $1200, motion overruled; otherwise, motion sustained. *B. F. Maher,* for plaintiff. *Andrews & Nelson,* for defendant.